UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| AMANDA STEWART and | § | |
| BRIAN BIEZINSKI, | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. 6:23-cv-0332 |
| CONNALLY INDEPENDENT SCHOOL | § | |
| DISTRICT, real persons WESLEY HOLT, | § | |
| THURMAN BROWN, and JOHN | § | |
| SIMPSON, in their individual and official | § | |
| capacities, | § | |
| Defendants. | § | |

## APPENDIX TO NOTICE OF REMOVAL

Ex. A.        Documents in State Court file, Cause No. 2022-4213-4; *Amanda Stewart and Brian Biezinski v. Connally Independent School District, et al.*; In the 170th Judicial District Court, McLennan County, Texas

**EXHIBIT A**

**<u>DOCUMENTS IN STATE COURT FILE</u>**

1. Court's log of District Defendants' request for certified copies
2. Docket Sheet
3. Plaintiffs' Original Petition
4. Request for Issuance of Service on each defendant
5. Service Issued for each defendant
6. Affidavits of Service for Wesley Holt, Wesley Holt as Superintendent of Connally ISD, and John Simpson

Case

| | |
|---|---|
| Case Number | Description |
| 2022-4213-4 | |
| Location | Category |
| McLennan County - District Clerk | Civil - Other Civil |
| Case Type | Status |
| Other Civil | |
| Filed Date | Judge |

## Envelope # 74916500

| | |
|---|---|
| Submit Date | Docket Date |
| 04/21/2023 5:09 PM CDT | 04/21/2023 5:09 PM CDT |
| Filing Source | Filing Attorney |
| MyFileRunner | Todd A Clark |
| Filed By | Firm Name |
| Todd A Clark | Walsh Gallegos Trevino Kyle & Robinson P.C. |
| Firm Address | Firm Phone |
| P. O. Box 2156 | 512-454-6864 |
| Austin, Texas 78768 | |
| Filer Email | Filer Type |
| tclark@wabsa.com | Not Applicable |

## Existing Parties

6 Parties

| Party Type | Party Name | Lead Attorney |
|---|---|---|
| Plaintiff | Amanda Stewart | Raymond L Sanders |
| Plaintiff | Brian Biezenski | Raymond L Sanders |
| Defendant | Connaly Independent School District | |
| Defendant | Wesley Holt | |
| Defendant | Thurman Brown | |
| Defendant | John Simpson | |

## Filings

1 Filing(s)

**Request**

| | |
|---|---|
| Status | Filing Type |
| Accepted By Court | EFileAndServe |
| Reference Number | Filing Description |
| 05310-085 | Request for Certified Copies |
| Filing Comments | Filing Courtesy Copies |
| Review Date | Accept Comments |
| 04/24/2023 8:49 AM CDT | |

Documents

| Component | Document Name | Description | | Security Group | Download Version |
|---|---|---|---|---|---|
| Lead Document | 4-21-23 Ltr clerk req cert copy.pdf | Letter requesting certified copies | | | Original Transmitted |

## Service

1 Party(s) with Service

| Search by Party Name | Search by Service Contact | SEARCH | RESET |

Other                                                          ⌄ 3 Service Contact(s)

## Parties with no Contacts for Service

6 Party(s) without Service

| Search by Party Name | SEARCH | RESET |

| Party Name | Email Address | Address |
|---|---|---|
| Biezenski, Brian | | 103 Adrian Dr, Robinson, Texas 76706 |
| Brown, Thurman | | |
| Connaly Independent School District | | |
| Holt, Wesley | | |
| Simpson, John | | |
| Stewart, Amanda | | 110 Rocky Creek Ave, Groesbeck, Texas 76642 |

## Fees

Description of Fees and Amounts

**Request**
| | |
|---|---|
| Filing Fee | $0.00 |
| Copies - Certified (87 x $1.00) | $87.00 |
| Filing Total: $87.00 |

**Total Fees**
| | |
|---|---|
| Total Filing Fees | $87.00 |
| Payment Service Fee | $2.72 |
| Provider E-File Fee | $6.50 |
| Provider Tax | $0.54 |
| Envelope Total: $96.76 |

## Payment Information

Payment Account
03-MyFileRunner Billing 02-27

Payment Type
CreditCard

Party Responsible for Fees
Connaly Independent School District

Order ID
074916500-0

Transaction Amount
$96.76

Transaction ID
110246920

Transaction Response
Payment Complete

CLOSE

# MCLENNAN DISTRICT CLERK
501 Washington Avenue , Suite300 Annex
Waco , TX , 76701
PHONE # : (254) 757-5057
FAX : N/A

## DOCKET SHEET - CIVIL CASE

**DOCKET NO. :** 2022-4213-4     **CASE STATUS:** PENDING     **FILED DATE :** 12/12/2022     **TJC CODE :** ALL OTHER C

**STYLE :** AMANDA STEWART, ET AL VsCONNALLY ISD, ET AL

**DISPOSITION :**                 **DISPOSED :** N/A          **TJC CODE :**

| TYPE | PARTY | ATTORNEY |
|------|-------|----------|
| PLAINTIFF | AMANDA STEWART | RAYMOND L. SANDERS |
| | 0 | 107 S. RAILROAD STREET GROESBECK TX ' |
| PLAINTIFF | BRIAN BIEZENSKI | RAYMOND L. SANDERS |
| | 0 | 107 S. RAILROAD STREET GROESBECK TX ' |
| DEFENDAN | CONNALLY ISD | |
| | 200 CADET WAY WACO TX76705 | 0 |
| DEFENDAN | WESLEY HOLT | |
| | 200 CADET WAY WACO TX76705 | 0 |
| DEFENDAN | THURMAN BROWN | |
| | 203 FROST CREEK  0 | 0 |
| DEFENDAN | JOHN SIMPSON | |
| | 212 NORTHWOOD BLVD  0 | 0 |

**HEARING NOTES :** 2022-4213-4

| DATE | TEXT |
|------|------|
| 12/12/2022 | PLAINTIFFS' ORIGINAL PETITION |
| 12/13/2022 | E-FILE INFORMATION SHEET |
| 04/03/2023 | REQUEST FOR ISSUANCE |
| 04/03/2023 | REQUEST FOR ISSUANCE |
| 04/03/2023 | REQUEST FOR ISSUANCE |
| 04/03/2023 | REQUEST FOR ISSUANCE |
| 04/04/2023 | E-FILE INFORMATION SHEET |
| 04/04/2023 | CITATION ISSUED TO CONNALLY ISD |
| 04/04/2023 | CITATION ISSUED TO JOHN SIMPSON |
| 04/04/2023 | CITATION ISSUED TO THURMAN  BROWN |
| 04/04/2023 | CITATION ISSUED TO WESLEY  HOLT |
| 04/11/2023 | RETURNED CITATION- CONNALLY ISD |
| 04/11/2023 | RETURNED CITATION- WESLEY HOLT |
| 04/12/2023 | E-FILE INFORMATION SHEET |
| 04/21/2023 | Request for Certified Copies |
| 04/24/2023 | Affidavit of Service |

The State of Texas
County of McLennan

I, Jon R. Gimble, Clerk of the District Court of McLennan County
Texas do hereby certify that the foregoing is a true and correct
copy of the original as the same appears on file in the District
Court, McLennan County, Texas witness my official hand and seal of
office this _____ day of _____
A.D. _____

Jon R. Gimble
McLennan County, Texas
By _____
Deputy

CERTIFIED DOCUMENT
PAGE____/____OF____
DISTRICT CLERK OF
McLENNAN COUNTY, TEXAS

FILED
MCLENNAN COUNTY
12/12/2022 4:29 PM
JON R. GIMBLE
DISTRICT CLERK
Leslie Kroll

2022-4213-4

NO. _____

| | | |
|---|---|---|
| **AMANDA STEWART &** | § | **IN THE DISTRICT COURT** |
| **BRIAN BIEZENSKI** | § | |
| | § | |
| **v.** | § | **\_\_\_ JUDICIAL DISTRICT** |
| | § | |
| **CONNALY INDEPENDENT SCHOOL** | § | 170TH |
| **DISTRICT, real persons, WESLEY** | § | |
| **HOLT, THURMAN BROWN, & JOHN** | § | |
| **SIMPSON, in their individual & official** | § | |
| **capacities** | § | **MCLENNAN COUNTY, TEXAS** |

---

### PLAINTIFFS' ORIGINAL PETITION

---

#### TO THE HOROABLE JUDGE OF SAID COURT:

**NOW COMES** Amanda Stewart and Brian Biezenski, hereinafter called Plaintiffs, complaining of and about Connaly Independent School District, Wesley Holt, Thurman Brown, and John Simpson, Defendants, and for cause of action shows unto the Court the following:

#### JURISDICTION

1.      Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17. Notice of Right to Sue letter from the Equal Employment Opportunity Commission for both Plaintiffs are attached as Exhibits A-B.

2.      In determining whether state courts are allowed to entertain jurisdiction over federally created causes of action, the Supreme Court has applied a presumption of concurrency. *See, e.g.*, *Robb v. Connolly,* 111 U.S. 624 (1884); *Claflin v. Houseman,* 93 U.S.130, 136 (1876); *see generally* Martin H. Redish & John Muench, *Adjudication of Federal Causes of Action in State Court*, 75 Mich. L. Rev. 311 (1976).   Under this presumption, state courts may exercise jurisdiction over federally created causes of action as long as Congress has not explicitly or

CERTIFIED DOCUMENT
PAGE \_\_\_1\_\_\_ OF \_10\_
DISTRICT CLERK OF
McLENNAN COUNTY, TEXAS

1

implicitly made federal court jurisdiction exclusive. *Yellow Freight System, Incorporated v. Donnelly*, 494 U.S. 820, 822 (1990). Congress may, of course, expressly permit state courts to entertain certain federal claims.  State courts are authorized to hear claims arising under the Fair Labor Standards Act, 29 U.S.C. § 216(b), the Equal Pay Act, 29 U.S.C. § 206, the Age Discrimination in Employment Act, 29 U.S.C. § 626(c)(1), and Title VIII actions involving housing discrimination, 42 U.S.C. § 3613(a).  State courts have concurrent jurisdiction over Title VII claims. *Yellow Freight System, Incorporated,* 494 U.S. at 820.

## VENUE

3.      Venue is proper in McLennan County under Texas Civil Practice & Remedies Code section 15.002 because all or a substantial part of the events or omissions giving rise to the claim occurred in McLennan County.

## PARTIES AND SERVICE

4.      Plaintiff, AMANDA STEWART resides in Limestone County, Texas. The last three numbers of AMANDA STEWART's driver's license number are TX *****428.   The last three numbers of AMANDA STEWART's Social Security number are ***-**-*___.   At all times relevant to this action, AMANDA STEWART was a teacher working at Connally Independent School District in Waco, Texas —a public school, a citizen of the United States, and a person entitled to the protection of the Education Amendments of 1972 as amended and the Civil Rights Restoration Act of 1987.

5.      Plaintiff, BRIAN BIEZENSKI resides in McLennan County, Texas. The last three numbers of BRIAN BIEZENSKI's driver's license number are TX *****278.   The last three numbers of BRIAN BIEZENSKI's Social Security number are ***-**-*___.   At all times relevant to this action, AMANDA STEWART was a teacher working at Connally Independent

CERTIFIED DOCUMENT
PAGE __2__ OF __10__
DISTRICT CLERK OF
McLENNAN COUNTY, TEXAS

School District in Waco, Texas —a public school, a citizen of the United States, and a person entitled to the protection of the Education Amendments of 1972 as amended and the Civil Rights Restoration Act of 1987.

6.      Defendant CONNALLY INDEPENDENT SCHOOL DISTRICT controls and manages the public-school defendant in Waco, Texas.   No service on Respondent is necessary at this time.

7.      Defendant, WESLEY HOLT is, and at all times material hereto was, an individual working as an employee and agent for Defendant CONNALLY INDEPENDENT SCHOOL DISTRICYT as Superintendent. This action is brought against WESLEY HOLT, both individually and also in his official capacity.   No service on Respondent is necessary at this time.

8.      Defendant THURMAN BROWN is, and at all times material hereto was, an individual working as an employee and agent of Defendant CONNALY INDEPENDENT SCHOOL DISTRICT as principal of the CONNALLY INDEPENDENT SCHOOL DISTRICT. This action is brought against THURMAN BROWN, both individually and also in his official capacity.   No service on Respondent is necessary at this time.

9.      Defendant JOHN SIMPSON is, and at all times material hereto was, an individual working as an employee and agent of Defendant CONNALY INDEPENDENT SCHOOL DISTRICT as an educator of the CONNALLY INDEPENDENT SCHOOL DISTRICT. This action is brought against JOHN SIMPSON, both individually and also in his official capacity. No service on Respondent is necessary at this time.

10.     Defendant CONNALLY INDEPENDENT SCHOOL DISTRICT is duly organized and existing under the laws of the State of Texas and receives federal financial assistance for its

CERTIFIED DOCUMENT
PAGE___3___OF _10_
DISTRICT CLERK OF
McLENNAN COUNTY, TEXAS

public education program. The defendant school district was deliberately indifferent to the safety

of women when it hired defendant JOHN SIMPSON. Once defendant JOHN SIMPSON was

hired by, the Defendant school district's ratification of conduct and failure to respond to

Plaintiffs' complaints or stop such harassment despite their duty to do so and despite Plaintiffs'

request and pleas, created an intimidating, hostile, offensive, and abusive school environment in

violation of Title IX of the Education Amendments of 1972, 20 U.S.C. §§ 1681 et seq.   No

service on Respondent is necessary at this time.

## FACTUAL ALLEGATIONS

11.    JOHN SIMPSON was fired from Corsicana ISD as assistant principle for engaging in

inappropriate sexual conduct with a female student. After that he was hired by Ennis ISD

whereas once again, he was fired for engaging in inappropriate sexual conduct with a student and

for having an affair with another school administrator.

12.    JOHN SIMPSON'S teacher's certification was suspended for a year but was reinstated in

2017.

13.    After getting his teacher's certification back, JOHN SIMPSON signed a teaching contract

with Mexia ISD but shortly thereafter, the Mexia ISD asked him to resign and the district paid

him for the year but made him leave. He then went to work at Connally ISD as an assistant

principle at the Connally Junior High School.

14.     In May of 2018, an educator by the name of Stephanie Gober who worked as a

counselor at Connally Junior High, reported to Larry Cumby who is the Human Resource

Director at Connally ISD, that John Simpson had been sending her inappropriate messages.

Stephanie Gober resigned her position at Connally ISD and went to work at Whitney ISD.

CERTIFIED DOCUMENT
PAGE ___4___ OF _10_
DISTRICT CLERK OF
McLENNAN COUNTY, TEXAS

4

15.     In May of 2018, John Simpson began sending nude pictures of himself and his wife to Amanda Stewart. And although Amanda Stewart sent John Simpson a message and asked him to stop, the messages continued. At one point John Simpson sent a very graphic video of him and his wife having sex to Amanda Stewart.

16.     On May 22, 2018, Brian Biezenski went to the principal Thurman Brown a reported the sexual harassment complaints that he had received on John Simpson from Amanda Stewart and others faculty members. Brian Biezenski recorded that conversation on his phone.

17.     On May 23, 2018, Brian Biezenski sent an email to Thurman Brown documenting the substance of the meeting.

18.     On May 24, 2018, Brian Biezenski was placed on administrative leave and escorted out of the building by campus police as retaliation for reporting the sexual harassment of Amanda Stewart.

19.     When the 2018- 2019 school year resumed after summer break, so did the sexual harassment by John Simpson. The message continued along with the pictures.

20.     On November 1, 2018, John Simpson came to Amanda Stewart's class while lessons were in progress and began sending nude pictures and in appropriate message while Amanda Stewart was trying to teach class.

21.     On November 2, 2018 John Simpson asked Amanda Stewart to come to the bathroom with him.

22.     In December 2018 Amanda Stewart's 14 plus year relationship with her boyfriend ended as a result of this whole ordeal she endured at Connally ISD Junior High School.

23.     Both Plaintiffs Amanda Stewart and Brian Brian Biezenski have suffered, and will continue to suffer, serious mental health problems, including but not limited to, depression, fear,

CERTIFIED DOCUMENT
PAGE   5   OF   10
DISTRICT CLERK OF
McLENNAN COUNTY, TEXAS

5

anxieties, inability to function normally in social situations, both in relationships with adults and

relationship with peers.

24.    As a proximate result of these acts of Defendants, Plaintiffs Amanda Stewart and Brian

Biezenski are in need of treatment for the mental health issues and medical issues they have

suffered and will continue to suffer, and they seek damages in the form of cost for these expenses

now and in the future, and general damages in an amount that has not been ascertained and that

will be proven at trial.

25.    The conduct of the individual Defendants was an intentional, oppressive, malicious

and/or in wanton disregard of the rights and feelings of Plaintiff Amanda Stewart and Brian

Biezenski and constitute despicable conduct, and by reason thereof, Plaintiff Amanda Stewart

and Brian Biezenski demands exemplary or punitive damages against the Defendants, in an

amount appropriate to punish or make an example of them.

## COUNT I.

### Sex Discrimination Pursuant to Title VII of the Civil Rights Act of 1964
### as codified, 42 U.S.C. §§ 2000e to 2000e-17. (Against All Defendants)

26.    Plaintiff Amanda Stewart realleges and incorporates by reference 1 through 24. All

Defendants intentionally, willfully and without justification acted to deprive Plaintiff on the

grounds of her sex, of her rights, privileges and immunities secured by the laws of the United

States, particularly her right to be free from discrimination in education on the grounds of her sex

as provided by Title VII of the Civil Rights Act of 1964 as codified, 42 U.S.C. §§ 2000e to

2000e-17.

27.    The entity Defendants, despite knowledge and adequate opportunity to learn of the

misconduct of their agents and employees, adopted, approved, and ratified these acts, omissions,

and misconduct of Defendants.

WHEREFORE, Plaintiffs pray for relief as after set forth.

**COUNT II**
**Intentional Infliction of Emotional Distress**
**(Against Defendant JOHN SIMPSON)**

28.    Plaintiff, AMANDA STEWART realleges and incorporates by reference each allegation contained in paragraphs 1 through 24 and Paragraphs 25-26 of Count I, and by such reference, repleads and incorporates them as though fully set fourth here.

29.    The conduct of the individual Defendants was intentional, oppressive, malicious and/or in wanton disregard of the rights and feelings of Plaintiffs and constitutes despicable conduct, and by reason thereof, Plaintiffs demand exemplary or punitive damages against the individual Defendants in an amount appropriate to punish them and to deter them and others from such conduct in the future.

WHEREFORE, Plaintiffs pray for relief as hereinafter set forth.

**COUNT III**
**Intentional Infliction of Emotional Distress**
**(Against Defendant WESLEY HOLT AND THURMAN BROWN)**

30.    Plaintiff, BRIAN BIEZENSKI realleges and incorporates by reference each allegation contained in paragraphs 1 through 24, and by such reference, repleads and incorporates them as though fully set fourth here.

31.    The conduct of the individual Defendants was intentional, oppressive, malicious and/or in wanton disregard of the rights and feelings of Plaintiffs and constitutes despicable conduct, and by reason thereof, Plaintiffs demand exemplary or punitive damages against the individual Defendants in an amount appropriate to punish them and to deter them and others from such conduct in the future.

CERTIFIED DOCUMENT
PAGE _____ OF _____
DISTRICT CLERK OF
McLENNAN COUNTY, TEXAS

7

WHEREFORE, Plaintiffs pray for relief as hereinafter set forth.

## CLAIM FOR RELIEF ON ALL COUNTS

32.    Actual damages;

33.    For special damages for mental pain and anguish;

34.    For compensatory, general and punitive damages in an amount to be proven at trial;

35.    For costs of suit, including reasonable attorney fees;

36.    For general damages in the sum according to proof; and

37.    For such other and further relief as the court may deem proper in the premises, including

but not limited to injunctive relief and court to prevent further and other conduct as alleged.


Respectfully submitted,

RAYMOND L. SANDERS
215 W. State Street
Groesbeck, Texas 76642
Tel: (254) 729-5001
Fax: (800) 747-1301


By:/s/ *Raymond L. Sanders*
    Raymond L. Sanders
    State Bar No. 24105144
    raymond.sanders454@yahoo.com
    Attorney for Plaintiffs

CERTIFIED DOCUMENT
PAGE___8___OF__10__
DISTRICT CLERK OF
McLENNAN COUNTY, TEXAS

8

EXHIBIT A

 **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

**Dallas District Office**
207 S. Houston Street, 3rd Floor
Dallas, TX 75202
(800) 669-4000
Website: www.eeoc.gov

## DISMISSAL AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161 & 161-A)

Issued On: 09/13/2022

**To:** Ms. Amanda Stewart
110 Rocky Creek Ave
Groesbeck, TX 76642
Charge No: 450-2019-02098

EEOC Representative and email:    Dennis Guzman
EEO Investigator
dennis.guzman@eeoc.gov

---

### DISMISSAL OF CHARGE

The EEOC has granted your request that the agency issue a Notice of Right to Sue, where it is unlikely that EEOC will be able to complete its investigation within 180 days from the date the charge was filed.

The EEOC is terminating its processing of this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 450-2019-02098.

On behalf of the Commission,

Dennis Guzman *(Digitally signed by Dennis Guzman Date 2022.09.13 12:25:17.05'00'* for

_____

Travis M. Nicholson
District Director

CERTIFIED DOCUMENT
PAGE ___9___ OF ___10___
DISTRICT CLERK OF
McLENNAN COUNTY, TEXAS

EXHIBIT B

 **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

**Dallas District Office**
207 S. Houston Street, 3rd Floor
Dallas, TX 75202
(800) 669-4000
Website: www.eeoc.gov

## DISMISSAL AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161 & 161-A)

Issued On: 09/13/2022

**To:** Mr. Brian Biezenski
103 Adrian Drive
Robinson, TX 76706
Charge No: 450-2019-02097

EEOC Representative and email:    Dennis Guzman
EEO Investigator
dennis.guzman@eeoc.gov

---

### DISMISSAL OF CHARGE

The EEOC has granted your request that the agency issue a Notice of Right to Sue, where it is unlikely that EEOC will be able to complete its investigation within 180 days from the date the charge was filed.

The EEOC is terminating its processing of this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 450-2019-02097.

On behalf of the Commission,

Dennis Guzman
Digitally signed by Dennis Guzman
Date: 2022.09.13 13.09.43 -05'00'

for

Travis M. Nicholson
District Director

The State of Texas
County of McLennan

I, Jon R. Gimble, Clerk of the District Court of McLennan County Texas do hereby certify that the foregoing is a true and correct copy of the original as the same appears on file in the District Court, McLennan County, Texas witness my official hand and seal of office this the _____ day of _____
A.D. _____

Jon R. Gimble
McLennan County, Texas
By _____
Deputy

CERTIFIED DOCUMENT
PAGE _10_ OF _10_
DISTRICT CLERK OF
McLENNAN COUNTY, TEXAS

FILED
McLENNAN COUNTY
4/3/2023 5:14 PM
JON R. GIMBLE
DISTRICT CLERK
Nichelle Maddison



# JON R. GIMBLE

## DISTRICT CLERK

McLENNAN COUNTY COURTHOUSE
501 Washington Ave., Suite 300 Annex
WACO, TEXAS 76701
254-757-5057 OR 757-5054

## REQUEST FOR ISSUANCE

CAUSE NUMBER: 2022-4213-4                    DATE: 03/10/2023

PERSON TO BE SERVED: John Taylor Simpson, II

ADDRESS TO SERVE: 212 Northwood Blvd, Corsicana, TX or wherever he may be found.

FEES PAID BY: CHECK ☐  CASH ☐  DEBIT ☐  OATH ☐  CREDIT CARD (INCLUDES PROCESSING FEE) ☑

**ISSUANCE:**

CITATION ☑                 NOTICE OF HEARING/CONTEMPT _____

TRO ☐                      PROTECTIVE ORDER ☐

WRIT OF (SPECIFY) ☐         OTHER (SPECIFY ) _____

**SERVICE:**

DELIVER TO ATTORNEY                    215 W. State Street, Groesbeck, Texas 76642

DELIVER TO CONSTABLE                   _____

DELIVER TO PRIVATE PROCESS SERVER (SPECIFY)    _____

DELIVER TO SHERIFF                     _____

**REQUESTED BY:**
(PLEASE PRINT)

BY    Melissa Sanders

FIRM  The Law Office of Raymond L. Sanders

CONTACT NO. (254) 729-5001

The State of Texas
County of McLennan

I, Jon R. Gimble, Clerk of the District Court of McLennan County
Texas do hereby certify that the foregoing is a true and correct
copy of the original as the same appears on file in the District
Court, McLennan County, Texas as witness my official hand and seal of
office this the _____ day of _____
A.D. _____

Jon R. Gimble
McLennan County, Texas
By _____ Deputy

CERTIFIED DOCUMENT
PAGE 1 OF 1
DISTRICT CLERK OF
McLENNAN COUNTY, TEXAS



FILED
McLENNAN COUNTY
4/3/2023 5:14 PM
JON R. GIMBLE
DISTRICT CLERK
Nichelle Maddison

# JON R. GIMBLE
## DISTRICT CLERK
McLENNAN COUNTY COURTHOUSE
501 Washington Ave., Suite 300 Annex
WACO, TEXAS 76701
254-757-5057 OR 757-5054

### REQUEST FOR ISSUANCE

CAUSE NUMBER: 2022-4213-4                    DATE: 03/10/2023

PERSON TO BE SERVED: Thurman Brown

ADDRESS TO SERVE: 203 Frost Creek, Groesbeck, TX or wherever he may be found.

FEES PAID BY:  CHECK ☐   CASH ☐   DEBIT ☐   OATH ☐   CREDIT CARD (INCLUDES PROCESSING FEE) ☑

**ISSUANCE:**

CITATION ☑                    NOTICE OF HEARING/CONTEMPT _____

TRO ☐                          PROTECTIVE ORDER ☐

WRIT OF (SPECIFY) ☐            OTHER (SPECIFY ) _____

**SERVICE:**

DELIVER TO ATTORNEY            215 W. State Street, Groesbeck, Texas 76642

DELIVER TO CONSTABLE           _____

DELIVER TO PRIVATE PROCESS SERVER (SPECIFY)    _____

DELIVER TO SHERIFF             _____

**REQUESTED BY:**
(PLEASE PRINT)

BY      Melissa Sanders

FIRM    The Law Office of Raymond L. Sanders

CONTACT NO. (254) 729-5001

The State of Texas
County of McLennan

I, Jon R. Gimble, Clerk of the District Court of McLennan County
Texas do hereby certify that the foregoing is a true and correct
copy of the original as the same appears on file in the District
Court, McLennan County, Texas witness my official hand and seal of
office this ____ day of ____
A.D. ____

Jon R. Gimble
McLennan County, Texas
By _____ Deputy

CERTIFIED DOCUMENT
PAGE ___ OF ___
DISTRICT CLERK OF
McLENNAN COUNTY, TEXAS

FILED
MCLENNAN COUNTY
4/3/2023 5:14 PM
JON R. GIMBLE
DISTRICT CLERK
Nichelle Maddison



# JON R. GIMBLE
## DISTRICT CLERK
McLENNAN COUNTY COURTHOUSE
501 Washington Ave., Suite 300 Annex
WACO, TEXAS 76701
254-757-5057 OR 757-5054

## REQUEST FOR ISSUANCE

CAUSE NUMBER: _2022-4213-4_                     DATE: 03/10/2023

PERSON TO BE SERVED: Wesley Holt

ADDRESS TO SERVE: 200 Cadet Way, Waco, TX 76705 or wherever he may be found.

FEES PAID BY:  CHECK ☐  CASH ☐  DEBIT ☐  OATH ☐  CREDIT CARD (INCLUDES PROCESSING FEE) ☑

**ISSUANCE:**

CITATION ☑                    NOTICE OF HEARING/CONTEMPT _____

TRO ☐                         PROTECTIVE ORDER ☐

WRIT OF (SPECIFY) ☐           OTHER (SPECIFY ) _____

**SERVICE:**

DELIVER TO ATTORNEY            _____

DELIVER TO CONSTABLE           _____

DELIVER TO PRIVATE PROCESS SERVER (SPECIFY)    JASON ATTAS:  attas@cornerstoneintel.com

DELIVER TO SHERIFF             _____

**REQUESTED BY:**
(PLEASE PRINT)

BY    Melissa Sanders

FIRM  The Law Office of Raymond L. Sanders

CONTACT NO.  (254) 729-5001

The State of Texas
County of McLennan

I, Jon R. Gimble, Clerk of the District Court of McLennan County
Texas do hereby certify that the foregoing is a true and correct
copy of the original as the same appears on file in the District
Court. McLennan County, Texas witness my official hand and seal of
office this _____ day of _____
A.D. _____

Jon R. Gimble
McLennan County, Texas
By _____
          Deputy

CERTIFIED DOCUMENT
PAGE ___1___ OF ___1___
DISTRICT CLERK OF
McLENNAN COUNTY, TEXAS

FILED
McLENNAN COUNTY
4/3/2023 5:14 PM
JON R. GIMBLE
DISTRICT CLERK
Nichelle Maddison



# JON R. GIMBLE
## DISTRICT CLERK
McLENNAN COUNTY COURTHOUSE
501 Washington Ave., Suite 300 Annex
WACO, TEXAS 76701
254-757-5057 OR 757-5054

## REQUEST FOR ISSUANCE

CAUSE NUMBER: __2022-4213-4__     DATE: __03/10/2023__

PERSON TO BE SERVED: __Connally Independent School District, c/o Superintendent Wesley Holt__

ADDRESS TO SERVE: __200 Cadet Way, Waco, TX 76705 or wherever he may be found.__

FEES PAID BY: CHECK ☐   CASH ☐   DEBIT ☐   OATH ☐   CREDIT CARD (INCLUDES PROCESSING FEE) ☑

**ISSUANCE:**

CITATION ☑          NOTICE OF HEARING/CONTEMPT _____

TRO ☐               PROTECTIVE ORDER ☐

WRIT OF (SPECIFY) ☐   OTHER (SPECIFY ) _____

**SERVICE:**

DELIVER TO ATTORNEY          _____

DELIVER TO CONSTABLE         _____

DELIVER TO PRIVATE PROCESS SERVER (SPECIFY)   JASON ATTAS:  attas@cornerstoneintel.com

DELIVER TO SHERIFF           _____

**REQUESTED BY:**
(PLEASE PRINT)

BY   __Melissa Sanders__

FIRM   __The Law Office of Raymond L. Sanders__

CONTACT NO. __(254) 729-5001__

The State of Texas
County of McLennan

I, Jon R. Gimble, Clerk of the District Court of McLennan County
Texas do hereby certify that the foregoing is a true and correct
copy of the original as the same appears on file in the District
Court, McLennan County, Texas witness my official hand and seal of
office this the _____ day of _____
A.D. _____

Jon R. Gimble
McLennan County, Texas
By _____
        Deputy

CERTIFIED DOCUMENT
PAGE ___/___ OF ___/___
DISTRICT CLERK OF
McLENNAN COUNTY, TEXAS

**CITATION**                                                      PAPER# 1
                                                                  ATTAS

**THE STATE OF TEXAS**

Cause No: 2022-4213-4

TO:   CONNALLY INDEPENDENT SCHOOL DISTRICT, DEFENDANT - BY SERVING ITS SUPERINTENDENT, WESLEY HOLT, 200 CADET WAY, WACO, TEXAS 76705

**GREETINGS:**

**YOU ARE HEREBY COMMANDED** to appear before the Honorable District Court below, of McLennan County, Texas, at the Courthouse of said County located at 501 Washington Avenue in Waco, Texas, by filing a written answer with the Clerk of the Court, at or before 10 o'clock A.M. of the Monday next after the expiration of twenty days after the date of service of this citation, to the pleading described below, in the cause number described below on the docket of said court, and styled,

PARTIES TO THIS ACTION ARE:

AMANDA STEWART AND BRIAN BIEZENSKI                                Plaintiffs

VS.

CONNALLY INDEPENDENT SCHOOL DISTRICT, WESLEY HOLT,
THURMAN BROWN, AND JOHN SIMPSON, IN THEIR INDIVIDUAL AND
OFFICIAL CAPACITIES
                                                                  Defendants

Court: **170TH JUDICIAL DISTRICT**
Pleading: **PLAINTIFFS' ORIGINAL PETITION**
Pleading File Date: **DECEMBER 12, 2022**
Cause No: **2022-4213-4**

*NOTICE*

*You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and the above pleading, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org*

The officer executing this citation shall promptly serve the same according to requirements of law, and the mandates hereof, and make due return as the law directs.

**ISSUED AND GIVEN UNDER MY HAND AND SEAL OF OFFICE,** at Waco, McLennan County, Texas.
Issue Date: **APRIL 4, 2023.**

**RAYMOND L. SANDERS**                    Jon R. Gimble, District Clerk
**215 W STATE STREET**                    501 Washington Ave., Suite 300 Annex
**GROESBECK, TEXAS 76642**                Waco, McLennan County, Texas 76701
Attorney for Plaintiffs                   By: _____, Deputy
                                          **NICHELLE MADDISON**

CERTIFIED DOCUMENT
PAGE _1_ OF _2_
DISTRICT CLERK OF
McLENNAN COUNTY, TEXAS

### RETURN OF SERVICE

Style: **AMANDA STEWART AND BRIAN BIEZENSKI VS. CONNALLY INDEPENDENT SCHOOL DISTRICT, WESLEY HOLT, THURMAN BROWN, AND JOHN SIMPSON, IN THEIR INDIVIDUAL AND OFFICIAL CAPACITIES**
Cause No: **2022-4213-4**
Court: **170TH JUDICIAL DISTRICT**
Paper#: **1**
Pleading: **PLAINTIFFS' ORIGINAL PETITION**

Came to hand on the _____ day of _____, 20_____ at _____o'clock _____M. and executed on the _____

day of _____, 20_____ by delivering to the party designated in the citation, to-wit:

_____

_____

at _____o'clock ___M; in person, a true copy of this citation with a true and correct copy of the pleading attached

thereto, having first endorsed on such copy of said citation the date of delivery.

FEES: Serving one (1) copy                                    _____

Total $_____ ~~NO SHERIFF OR CONSTABLE~~          _____ County, Texas
                        ~~FEES COLLECTED~~
                                                             By _____


**NOT EXECUTED FOR THE FOLLOWING REASONS** _____

and having attempted on _____.


"My name is _____ (First) _____ (Middle) _____ (Last), my

date of birth is _____, and my address is _____

_____.

I declare under penalty of perjury that the foregoing is true and correct.  Executed in _____ County, State

of Texas, on the _____ day of _____ (Month) _____ (Year)

_____ (Signature) Declarant"


The State of Texas
County of McLennan

I, Jon R. Gimble, Clerk of the District Court of McLennan County
Texas do hereby certify that the foregoing is a true and correct
copy of the original as the same appears on file in the District
Court, McLennan County, Texas witness my official hand and seal of
office this the _____ day of _____
A.D. ____

_____
Jon R. Gimble
McLennan County, Texas
By _____
            Deputy

CERTIFIED DOCUMENT
PAGE 2 OF 2
DISTRICT CLERK OF
McLENNAN COUNTY, TEXAS

**CITATION**

PAPER# 2
ATTY/MAIL

THE STATE OF TEXAS



Cause No:  2022-4213-4

TO:  JOHN SIMPSON, DEFENDANT

GREETINGS:

**YOU ARE HEREBY COMMANDED** to appear before the Honorable District Court below, of McLennan County, Texas, at the Courthouse of said County located at 501 Washington Avenue in Waco, Texas, by filing a written answer with the Clerk of the Court, at or before 10 o'clock A.M. of the Monday next after the expiration of twenty days after the date of service of this citation, to the pleading described below, in the cause number described below on the docket of said court, and styled,

PARTIES TO THIS ACTION ARE:

**AMANDA STEWART AND BRIAN BIEZENSKI**                         Plaintiffs

VS.

**CONNALLY INDEPENDENT SCHOOL DISTRICT, WESLEY HOLT, THURMAN BROWN, AND JOHN SIMPSON, IN THEIR INDIVIDUAL AND OFFICIAL CAPACITIES**

                                                             Defendants

Court:  **170TH JUDICIAL DISTRICT**
Pleading:  **PLAINTIFFS' ORIGINAL PETITION**
Pleading File Date:  **DECEMBER 12, 2022**
Cause No:  **2022-4213-4**

### NOTICE

*You have been sued.  You may employ an attorney.  If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and the above pleading, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org*

The officer executing this citation shall promptly serve the same according to requirements of law, and the mandates hereof, and make due return as the law directs.

**ISSUED AND GIVEN UNDER MY HAND AND SEAL OF OFFICE**, at Waco, McLennan County, Texas.
Issue Date:  **APRIL 4, 2023.**

**RAYMOND L. SANDERS**                    Jon R. Gimble, District Clerk
**215 W STATE STREET**                    501 Washington Ave., Suite 300 Annex
**GROESBECK, TEXAS 76642**                Waco, McLennan County, Texas 76701
Attorney for Plaintiffs                   By: _____, Deputy
                                          **NICHELLE MADDISON**

CERTIFIED DOCUMENT
PAGE ____1____ OF ____2____
DISTRICT CLERK OF
McLENNAN COUNTY, TEXAS

## RETURN OF SERVICE

Style: **AMANDA STEWART AND BRIAN BIEZENSKI VS. CONNALLY INDEPENDENT SCHOOL DISTRICT, WESLEY HOLT, THURMAN BROWN, AND JOHN SIMPSON, IN THEIR INDIVIDUAL AND OFFICIAL CAPACITIES**
Cause No: **2022-4213-4**
Court: **170TH JUDICIAL DISTRICT**
Paper#: **2**
Pleading: **PLAINTIFFS' ORIGINAL PETITION**

Came to hand on the _____ day of _____, 20_____ at _____o'clock _____M. and executed on the _____

day of _____, 20_____ by delivering to the party designated in the citation, to-wit:

_____

_____

at _____o'clock ___M; in person, a true copy of this citation with a true and correct copy of the pleading attached

thereto, having first endorsed on such copy of said citation the date of delivery.

FEES: Serving one (1) copy                          _____

Total $_____                           _____ County, Texas

**NO SHERIFF OR CONSTABLE FEES COLLECTED**       By _____

**NOT EXECUTED FOR THE FOLLOWING REASONS** _____

and having attempted on _____.

"My name is _____ (First) _____ (Middle) _____ (Last), my

date of birth is _____, and my address is _____

_____.

I declare under penalty of perjury that the foregoing is true and correct. Executed in _____ County, State

of Texas, on the _____ day of _____ (Month) _____ (Year)

_____ (Signature) Declarant"

The State of Texas
County of McLennan

I, Jon R. Gimble, Clerk of the District Court of McLennan County
Texas do hereby certify that the foregoing is a true and correct
copy of the original as the same appears on file in the District
Court, McLennan County, Texas witness my official hand and seal of
office this the _____ day of _____
A.D.

Jon R. Gimble
McLennan County, Texas
By _____
            Deputy

CERTIFIED DOCUMENT
PAGE _2_ OF _2_
DISTRICT CLERK OF
McLENNAN COUNTY, TEXAS

**CITATION**

COPY

PAPER# 3
ATTY/MAIL

THE STATE OF TEXAS

Cause No: 2022-4213-4

TO: THURMAN BROWN, DEFENDANT

GREETINGS:

**YOU ARE HEREBY COMMANDED** to appear before the Honorable District Court below, of McLennan County, Texas, at the Courthouse of said County located at 501 Washington Avenue in Waco, Texas, by filing a written answer with the Clerk of the Court, at or before 10 o'clock A.M. of the Monday next after the expiration of twenty days after the date of service of this citation, to the pleading described below, in the cause number described below on the docket of said court, and styled,

PARTIES TO THIS ACTION ARE:

AMANDA STEWART AND BRIAN BIEZENSKI                          Plaintiffs

VS.

**CONNALLY INDEPENDENT SCHOOL DISTRICT, WESLEY HOLT,
THURMAN BROWN, AND JOHN SIMPSON, IN THEIR INDIVIDUAL AND
OFFICIAL CAPACITIES**

Defendants

Court: **170TH JUDICIAL DISTRICT**
Pleading: **PLAINTIFFS' ORIGINAL PETITION**
Pleading File Date: **DECEMBER 12, 2022**
Cause No: **2022-4213-4**

*NOTICE*

*You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and the above pleading, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org*

The officer executing this citation shall promptly serve the same according to requirements of law, and the mandates hereof, and make due return as the law directs.

**ISSUED AND GIVEN UNDER MY HAND AND SEAL OF OFFICE,** at Waco, McLennan County, Texas.
Issue Date: **APRIL 4, 2023.**

**RAYMOND L. SANDERS**                        Jon R. Gimble, District Clerk
**215 W STATE STREET**                        501 Washington Ave., Suite 300 Annex
**GROESBECK, TEXAS 76642**                    Waco, McLennan County, Texas 76701
Attorney for Plaintiffs                       By: _____, Deputy
                                              **NICHELLE MADDISON**

CERTIFIED DOCUMENT
PAGE ___1___ OF ___2___
DISTRICT CLERK OF
McLENNAN COUNTY, TEXAS

## RETURN OF SERVICE

Style: **AMANDA STEWART AND BRIAN BIEZENSKI VS. CONNALLY INDEPENDENT SCHOOL DISTRICT, WESLEY HOLT, THURMAN BROWN, AND JOHN SIMPSON, IN THEIR INDIVIDUAL AND OFFICIAL CAPACITIES**
Cause No: **2022-4213-4**
Court: **170TH JUDICIAL DISTRICT**
Paper#: **3**
Pleading: **PLAINTIFFS' ORIGINAL PETITION**

Came to hand on the _____ day of _____, 20_____ at _____o'clock _____M. and executed on the _____

day of _____, 20_____ by delivering to the party designated in the citation, to-wit:

_____

_____

at _____o'clock ___M; in person, a true copy of this citation with a true and correct copy of the pleading attached

thereto, having first endorsed on such copy of said citation the date of delivery.

FEES: Serving one (1) copy                    _____

Total $_____ NO SHERIFF OR CONSTABLE    _____ County, Texas
                      FEES COLLECTED
                                                 By _____


**NOT EXECUTED FOR THE FOLLOWING REASONS** _____

and having attempted on _____.


"My name is _____ (First) _____ (Middle) _____ (Last), my

date of birth is _____, and my address is _____

_____.

I declare under penalty of perjury that the foregoing is true and correct. Executed in _____ County, State

of Texas, on the _____ day of _____ (Month) _____ (Year)

_____ (Signature) Declarant"

The State of Texas
County of McLennan

I, Jon R. Gimble, Clerk of the District Court of McLennan County
Texas do hereby certify that the foregoing is a true and correct
copy of the original as the same appears on file in the District
Court, McLennan County, Texas witness my official hand and seal of
office this the _____ day of _____
A.D.

Jon R. Gimble
McLennan County, Texas
By_____
              Deputy

CERTIFIED DOCUMENT
PAGE _____ OF _____
DISTRICT CLERK OF
McLENNAN COUNTY, TEXAS

**CITATION**



PAPER# 4
ATTAS

**THE STATE OF TEXAS**

**Cause No: 2022-4213-4**

**TO: WESLEY HOLT, DEFENDANT - 200 CADET WAY, WACO, TEXAS 76705**

**GREETINGS:**

**YOU ARE HEREBY COMMANDED** to appear before the Honorable District Court below, of McLennan County, Texas, at the Courthouse of said County located at 501 Washington Avenue in Waco, Texas, by filing a written answer with the Clerk of the Court, at or before 10 o'clock A.M. of the Monday next after the expiration of twenty days after the date of service of this citation, to the pleading described below, in the cause number described below on the docket of said court, and styled,

PARTIES TO THIS ACTION ARE:

**AMANDA STEWART AND BRIAN BIEZENSKI**                                          Plaintiffs

VS.

**CONNALLY INDEPENDENT SCHOOL DISTRICT, WESLEY HOLT,
THURMAN BROWN, AND JOHN SIMPSON, IN THEIR INDIVIDUAL AND
OFFICIAL CAPACITIES**

                                                                              ,Defendants

Court: **170TH JUDICIAL DISTRICT**
Pleading: **PLAINTIFFS' ORIGINAL PETITION**
Pleading File Date: **DECEMBER 12, 2022**
Cause No: **2022-4213-4**

*NOTICE*

*You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and the above pleading, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org*

The officer executing this citation shall promptly serve the same according to requirements of law, and the mandates hereof, and make due return as the law directs.

**ISSUED AND GIVEN UNDER MY HAND AND SEAL OF OFFICE**, at Waco, McLennan County, Texas.
Issue Date: **APRIL 4, 2023.**

**RAYMOND L. SANDERS**
**215 W STATE STREET**
**GROESBECK, TEXAS 76642**
Attorney for Plaintiffs

Jon R. Gimble, District Clerk
501 Washington Ave., Suite 300 Annex
Waco, McLennan County, Texas 76701
By: _____, Deputy
            **NICHELLE MADDISON**

CERTIFIED DOCUMENT
PAGE ____ OF ____
DISTRICT CLERK OF
McLENNAN COUNTY, TEXAS

**RETURN OF SERVICE**

Style: **AMANDA STEWART AND BRIAN BIEZENSKI VS. CONNALLY INDEPENDENT SCHOOL DISTRICT, WESLEY HOLT, THURMAN BROWN, AND JOHN SIMPSON, IN THEIR INDIVIDUAL AND OFFICIAL CAPACITIES**
Cause No: **2022-4213-4**
Court: **170TH JUDICIAL DISTRICT**
Paper#: **4**
Pleading: **PLAINTIFFS' ORIGINAL PETITION**

Came to hand on the _____ day of _____, 20_____ at _____o'clock _____M. and executed on the _____

day of _____, 20_____ by delivering to the party designated in the citation, to-wit:

_____

_____

at _____o'clock ___M; in person, a true copy of this citation with a true and correct copy of the pleading attached

thereto, having first endorsed on such copy of said citation the date of delivery.

FEES: Serving one (1) copy                    _____

Total $_____                     _____ County, Texas

**NO SHERIFF OR CONSTABLE**          By _____
**FEES COLLECTED**

**NOT EXECUTED FOR THE FOLLOWING REASONS** _____

and having attempted on _____

"My name is _____ (First) _____ (Middle) _____ (Last), my

date of birth is _____, and my address is _____

_____

I declare under penalty of perjury that the foregoing is true and correct. Executed in _____ County, State

of Texas, on the _____ day of _____ (Month) _____ (Year)

_____ (Signature) Declarant"

The State of Texas
County of McLennan

I, Jon R. Gimble, Clerk of the District Court of McLennan County
Texas do hereby certify that the foregoing is a true and correct
copy of the original as the same appears on file in the District
Court, McLennan County, Texas witness my official hand and seal of
office this the _____ day of _____
A.D.

Jon R. Gimble
McLennan County, Texas
By_____
                    Deputy

CERTIFIED DOCUMENT
PAGE ___ OF ___
DISTRICT CLERK OF
McLENNAN COUNTY, TEXAS

**CITATION**     AFFIDAVIT     PAPER# 4
                 ATTACHED      ATTAS

THE STATE OF TEXAS

FILED
MCLENNAN COUNTY
4/11/2023 2:12 PM
JON R. GIMBLE
DISTRICT CLERK
Nichelle Maddison

Cause No: 2022-4213-4

TO:  WESLEY HOLT, DEFENDANT - 200 CADET WAY, WACO, TEXAS 76705

GREETINGS:

**YOU ARE HEREBY COMMANDED** to appear before the Honorable District Court below, of McLennan County, Texas, at the Courthouse of said County located at 501 Washington Avenue in Waco, Texas, by filing a written answer with the Clerk of the Court, at or before 10 o'clock A.M. of the Monday next after the expiration of twenty days after the date of service of this citation, to the pleading described below, in the cause number described below on the docket of said court, and styled,

PARTIES TO THIS ACTION ARE:

**AMANDA STEWART AND BRIAN BIEZENSKI**                    Plaintiffs

VS.

**CONNALLY INDEPENDENT SCHOOL DISTRICT, WESLEY HOLT,
THURMAN BROWN, AND JOHN SIMPSON, IN THEIR INDIVIDUAL AND
OFFICIAL CAPACITIES**

                                                          Defendants

Court:  **170TH JUDICIAL DISTRICT**
Pleading:  **PLAINTIFFS' ORIGINAL PETITION**
Pleading File Date:  **DECEMBER 12, 2022**
Cause No:  **2022-4213-4**

*NOTICE*

*You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and the above pleading, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org*

The officer executing this citation shall promptly serve the same according to requirements of law, and the mandates hereof, and make due return as the law directs.

**ISSUED AND GIVEN UNDER MY HAND AND SEAL OF OFFICE,** at Waco, McLennan County, Texas.
Issue Date:  **APRIL 4, 2023.**

**RAYMOND L. SANDERS**                Jon R. Gimble, District Clerk
**215 W STATE STREET**                501 Washington Ave., Suite 300 Annex
**GROESBECK, TEXAS 76642**            Waco, McLennan County, Texas 76701
Attorney for Plaintiffs               By _____, Deputy
                                      **NICHELLE MADDISON**

CERTIFIED DOCUMENT
PAGE ____ OF ____
DISTRICT CLERK OF
McLENNAN COUNTY, TEXAS

CAUSE NO. 2022-4213-4

| | | |
|---|---|---|
| AMANDA STEWART AND BRIAN BIEZENSKI | § | IN THE COURT OF |
| | § | |
| Plaintiff, | § | |
| VS. | § | MCLENNAN COUNTY, TEXAS |
| | § | |
| CONALLY INDEPENDENT SCHOOL DISTRICT, WESLEY | § | |
| HOLT, THURMAN BROWN, AND JOHN SIMPSON | § | |
| Defendant. | § | 170TH JUDICIAL DISTRICT COURT |

## AFFIDAVIT OF SERVICE

"The following came to hand on **Apr 11, 2023, 10:00 am**,

CITATION, PLAINTIFF'S ORIGINAL PETITION, EXHIBITS A-B,

and was executed at **200 CADET WAY, WACO, TX 76705** within the county of **MCLENNAN** at 11:26 AM on Tue, Apr 11 2023, by delivering a true copy to the within named

WESLEY HOLT, DEFENDANT

in person, having first endorsed the date of delivery on same.

I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of Texas. I am familiar with the Texas Rules of Civil Procedure as they apply to service of Process. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I have personal knowledge of the facts stated herein and they are true and correct."

My name is **Jason M. Attas, P.I.**, my date of birth is **May, 1975**, and my address is **400 Austin Avenue Suite 101, Waco, TX 76701**, and **United States of America**. I declare under penalty of perjury that the foregoing is true and correct.

Executed in **McLennan** County, State of TX, on **April 11, 2023**.

Jason M. Attas, P.I.
Certification Number: PSC11371
Certification Expiration: 2/28/24
attas@cornerstoneintel.com

The State of Texas
County of McLennan

I, Jon R. Gimble, Clerk of the District Court of McLennan County Texas do hereby certify that the foregoing is a true and correct copy of the original as the same appears on file in the District Court, McLennan County, Texas witness my official hand and seal of office this _____ day of _____ A.D. _____

Jon R. Gimble
McLennan County, Texas
By _____
Deputy

CERTIFIED DOCUMENT
PAGE ___ OF ___
DISTRICT CLERK OF
McLENNAN COUNTY, TEXAS

FILED
MCLENNAN COUNTY
4/11/2023 2:12 PM
JON R. GIMBLE
DISTRICT CLERK
Nichelle Maddison

**CITATION**          AFFIDAVIT
                      ATTACHED                                    PAPER# 1
                                                                 ATTAS

THE STATE OF TEXAS

Cause No: 2022-4213-4

TO:   CONNALLY INDEPENDENT SCHOOL DISTRICT, DEFENDANT - BY SERVING ITS SUPERINTENDENT, WESLEY HOLT, 200 CADET WAY, WACO, TEXAS 76705

GREETINGS:

**YOU ARE HEREBY COMMANDED** to appear before the Honorable District Court below, of McLennan County, Texas, at the Courthouse of said County located at 501 Washington Avenue in Waco, Texas, by filing a written answer with the Clerk of the Court, at or before 10 o'clock A.M. of the Monday next after the expiration of twenty days after the date of service of this citation, to the pleading described below, in the cause number described below on the docket of said court, and styled,

PARTIES TO THIS ACTION ARE:

**AMANDA STEWART AND BRIAN BIEZENSKI**                         Plaintiffs

VS.

**CONNALLY INDEPENDENT SCHOOL DISTRICT, WESLEY HOLT, THURMAN BROWN, AND JOHN SIMPSON, IN THEIR INDIVIDUAL AND OFFICIAL CAPACITIES**

                                                              Defendants

Court: **170TH JUDICIAL DISTRICT**
Pleading: **PLAINTIFFS' ORIGINAL PETITION**
Pleading File Date: **DECEMBER 12, 2022**
Cause No: **2022-4213-4**

*NOTICE*

*You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and the above pleading, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org*

The officer executing this citation shall promptly serve the same according to requirements of law, and the mandates hereof, and make due return as the law directs.

**ISSUED AND GIVEN UNDER MY HAND AND SEAL OF OFFICE**, at Waco, McLennan County, Texas.
Issue Date: **APRIL 4, 2023.**

**RAYMOND L. SANDERS**                    Jon R. Gimble, District Clerk
**215 W STATE STREET**                    501 Washington Ave., Suite 300 Annex
**GROESBECK, TEXAS 76642**                Waco, McLennan County, Texas 76701
Attorney for Plaintiffs                   By_____, Deputy
                                          **NICHELLE MADDISON**

CERTIFIED DOCUMENT
PAGE ___ OF ___
DISTRICT CLERK OF
McLENNAN COUNTY, TEXAS

CAUSE NO. 2022-4213-4

| | | |
|---|---|---|
| AMANDA STEWART AND BRIAN BIEZENSKI | § | IN THE COURT OF |
| | § | |
| Plaintiff, | § | |
| VS. | § | MCLENNAN COUNTY, TEXAS |
| | § | |
| CONALLY INDEPENDENT SCHOOL DISTRICT, WESLEY | § | |
| HOLT, THURMAN BROWN, AND JOHN SIMPSON | | |
| Defendant. | § | 170TH JUDICIAL DISTRICT COURT |

### AFFIDAVIT OF SERVICE

"The following came to hand on Apr 11, 2023, 10:00 am,

CITATION, PLAINTIFF'S ORIGINAL PETITION, EXHIBITS A-B,

and was executed at 200 CADET WAY, WACO, TX 76705 within the county of MCLENNAN at 11:26 AM on Tue, Apr 11 2023, by delivering a true copy to the within named

WESLEY HOLT, SUPERINTENDENT, CONNALLY INDEPENDENT SCHOOL DISTRICT

in person, having first endorsed the date of delivery on same.

I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of Texas. I am familiar with the Texas Rules of Civil Procedure as they apply to service of Process. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I have personal knowledge of the facts stated herein and they are true and correct."

My name is **Jason M. Attas, P.I.**, my date of birth is **May, 1975**, and my address is **400 Austin Avenue Suite 101, Waco, TX 76701**, and **United States of America**. I declare under penalty of perjury that the foregoing is true and correct.

Executed in **McLennan** County, State of **TX**, on **April 11, 2023**.

Jason M. Attas, P.I.
Certification Number: PSC11371
Certification Expiration: 2/28/24
attas@cornerstoneintel.com

The State of Texas
County of McLennan

I, Jon R. Gimble, Clerk of the District Court of McLennan County
Texas do hereby certify that the foregoing is a true and correct
copy of the original as the same appears on file in the District
Court. McLennan County, Texas witness my official hand and seal of
office this the _____ day of _____
A.D. _____

Jon R. Gimble
McLennan County, Texas
By _____ Deputy

CERTIFIED DOCUMENT
PAGE ___ OF ___
DISTRICT CLERK OF
McLENNAN COUNTY, TEXAS

FILED
MCLENNAN COUNTY
4/24/2023 10:32 AM
JON R. GIMBLE
DISTRICT CLERK
Rosa Perez

CAUSE NO. 2022-4213-4

| | | |
|---|---|---|
| **AMANDA STEWART & BRIAN BIEZENSKI** | § | |
| *Plaintiff(s),* | § | IN THE 170TH DISTRICT COURT |
| | § | |
| v. | § | |
| | § | OF |
| **CONNALY INDEPENDENT SCHOOL** | § | |
| **DISTRICT, real persons, WESLEY HOLT,** | § | |
| **THURMAN BROWN, & JOHN SIMPSON, in** | § | MCLENNAN COUNTY, TEXAS |
| **their individual & official capacities** | § | |
| *Defendant(s).* | § | |

## AFFIDAVIT OF SERVICE

I, Nancy Dixon, being duly sworn, state:

I am not a party to or interested in the outcome of this suit.

I received the following documents on April 19, 2023 at 6:48 pm. I delivered these documents on John Simpson in Navarro County, TX on April 20, 2023 at 5:22 pm at 212 Northwood Blvd, Corsicana, TX 75110 by personal service by handing the following documents to an individual identified as John Simpson.

Citation and Plaintiffs' Original Petition with Exhibits A-B

Additional Description:
I delivered the documents to John Simpson.

White Male, est. age 40, glasses: N, No Hair hair, 200 lbs to 220 lbs, 6' to 6' 3".
Geolocation of Serve: https://google.com/maps?q=32.0989685059,-96.4664368651
Photograph: See Exhibit 1

My name is Nancy Dixon, my date of birth is 5/17/1945, and my address is 3007 Rock Road, Corsicana, TX 75109, and USA.

I declare under penalty of perjury that the foregoing is true and correct.

CERTIFIED DOCUMENT
PAGE____ 1 ____ OF ___ 4 ___
DISTRICT CLERK OF
McLENNAN COUNTY, TEXAS

Executed in

__Navarro County_____,

__TX_____ on __4/21/2023_____.

/s/ *Nancy Dixon*
_____

Nancy Dixon
(214) 507-7961
Certification Number: PSC-17397
Expiration Date: 10/31/2023

CERTIFIED DOCUMENT
PAGE____2__OF__4
DISTRICT CLERK OF
McLENNAN COUNTY, TEXAS

# Exhibit 1

Exhibit 1a)



CERTIFIED DOCUMENT
PAGE 3 OF 4
DISTRICT CLERK OF
McLENNAN COUNTY, TEXAS

Exhibit 1b)



CERTIFIED DOCUMENT
PAGE ___ OF ___
DISTRICT CLERK OF
McLENNAN COUNTY, TEXAS

The State of Texas
County of McLennan

I, Jon R. Gimble, Clerk of the District Court of McLennan County
Texas do hereby certify that the foregoing is a true and correct
copy of the original as the same appears on file in the District
Court, McLennan County, Texas witness my official hand and seal of
office this the _____ day of _____
A.D. _____

Jon R. Gimble
McLennan County, Texas
By _____ Deputy