IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| AMANDA STEWART and<br>BRIAN BIEZINSKI,<br>　　　　Plaintiffs,<br><br>v.<br><br>CONNALLY INDEPENDENT SCHOOL<br>DISTRICT, real persons WESLEY HOLT,<br>THURMAN BROWN, and JOHN<br>SIMPSON, in their individual and official<br>capacities,<br>　　　　Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil No. 6:23-CV-332-ADA-JCM |

### STIPULATION OF DISMISSAL WITH PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COME Plaintiff and Defendant pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii) and file this Stipulation of Dismissal with Prejudice of the above-styled and referenced action, and all asserted claims and causes of action that were or could have been brought therein. This Stipulation of Dismissal is signed by counsel for Plaintiff Stewart and Defendant Connally Independent School District, all other parties having been dismissed. Plaintiff stipulates to the dismissal with prejudice of all claims and causes of action that were or could have been brought in this case against Defendant Connally Independent School District, and all current and former employees, agents, and representatives of Connally Independent School District, including but not limited to its Trustees, Board members, officers, representatives, agents, attorneys, insurers, contractors and employees, all in both their official and individual capacities, based on the factual allegations made in this case.

Plaintiff further stipulates to the dismissal of any cause of action that could have been based in whole or in part on any transactions, dealings or agreements between or among Plaintiff, Defendant Connally Independent School District, and all current and former officers, representatives,

agents, attorneys, insurers, contractors, Trustees, Board members and employees of Connally Independent School District, all in both their official and individual capacities, which have occurred at any time up to the signing of this Stipulation of Dismissal with Prejudice.

Plaintiff stipulates to the dismissal with prejudice of all causes of action that were raised or could have been raised in this case based on the events which have occurred at any time up to the signing of this Stipulation of Dismissal with Prejudice.

The parties will bear their own costs, expenses, and attorneys' fees.

Respectfully submitted,

/s/ *Raymond L. Sanders*
RAYMOND L. SANDERS
State Bar No. 24105144

215 W. State Street
Groesbeck, Texas 76642
Office: (254) 729-5001
Email: raymond.sanders454@yahoo.com
ATTORNEY FOR PLAINTIFFS


/s/*Bridget Robinson*
BRIDGET ROBINSON
Texas Bar No. 17086800

WALSH GALLEGOS KYLE
   ROBINSON & ROALSON P.C.
P. O. Box 2156
Austin, Texas  78768
Office:         (512) 454-6864
Facsimile:    (512) 467-9318
Email:         brobinson@wabsa.com

ATTORNEYS FOR DEFENDANT
CONNALLY INDEPENDENT SCHOOL
DISTRICT

## CERTIFICATE OF SERVICE

      I hereby certify that on the _____ day of December, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Bridget Robinson
Walsh Gallegos Kyle
   Robinson & Roalson P.C.
P. O. Box 2156
Austin, Texas  78768

                              /s/ *Raymond L. Sanders*
                              Ramond L. Sanders